IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CR-00145-RJC

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| RICKY CARLOS GRANT (1) | ) |
| | ) |

**THIS MATTER** is before the Court on the defendant's pro se motion asking the Court to block LexisNexis from publishing information about his case which he claims is false and exposing him to danger in custody. (Doc. No. 267).

The defendant has not shown any legal authority for the Court to regulate the content published by a private entity in this criminal case.

**IT IS, THEREFORE, ORDERED**, that the defendant's pro se motion is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: September 27, 2019

Robert J. Conrad, Jr.
United States District Judge