IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CR-00145-RJC

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RICKY CARLOS GRANT (1) | ) | |
| | ) | |

**THIS MATTER** comes before the Court upon the pro se motion of the defendant again requesting documents related to his criminal case. (Doc. No. 275). This Court denied a previous request and informed the defendant of the process to obtain documents available from the Clerk's Office. (Doc. No. 270: Order).

**IT IS, THEREFORE, ORDERED** that defendant's motion for documents, (Doc. No. 275), is **DENIED** for the reasons stated in the previous Order.

Signed: December 20, 2019

Robert J. Conrad, Jr.
United States District Judge